UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:14-cr-00012 |
| | : | |
| | : | Hon. Herman J. Weber |
| vs. | : | |
| | : | |
| | : | **INFORMATION** |
| GARY L. TZEIRANAKIS | : | 18 U.S.C. § 1702 |
| | | (Obstruction of Correspondence) |

**The United States Attorney charges that:**

From on or about July 1, 2012 and continuing through on or about October 30, 2012, in the Southern District of Ohio, the defendant, GARY L. TZEIRANAKIS, being a contract letter carrier at the West Chester, Ohio Post Office, obstructed the correspondence of mail matter by knowingly and unlawfully opening, secreting, and embezzling the contents of mail which had been in a post office, an authorized depository for mail matter, before said mail was delivered to the persons to whom it was directed, in violation of 18 U.S.C. § 1702.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

ANTHONY SPRINGER (0067716)
Cincinnati Branch Chief

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| | : | Senior Judge Weber |
| vs. | : | |
| | : | **ELEMENTS OF OFFENSE** |
| | : | |
| GARY L. TZEIRANAKIS | : | 18 U.S.C. § 1702 |

## COUNT 1
### Obstruction of Correspondence
### 18 U.S.C. § 1702

The elements of the offense of Obstruction of Correspondence, in violation of 18 U.S.C. § 1702, are as follows:

First: That GARY L. TZEIRANAKIS opened, secreted or embezzled the contents of mail which had been in a post office or authorized depository for mail matter before it was delivered to the persons to whom it was addressed;

Second: That GARY L. TZEIRANAKIS acted knowingly and did so with the intent to obstruct or interfere with the proper delivery of that mail; and

Third: That these acts occurred on or about the dates set forth in the Information and within the Southern District of Ohio.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

*s/ Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202